## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-CR-0185 (1) (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ronald Jermaine Jackson, | |
| Defendant. | |

This matter is before the Court on the application to proceed *in forma pauperis* ("IFP") of defendant Ronald Jermaine Jackson. *See* ECF No. 215. The appeal for which Jackson sought IFP status has already been dismissed as premature. *See* ECF No. 223. Accordingly, Jackson's IFP application is moot and will be denied on that basis.

Even if Jackson's appeal had remained pending, however, his IFP application would be denied. Although Jackson qualifies financially for IFP status, an IFP application must nevertheless be denied where the Court "certifies that the appeal is not taken in good faith." Fed. R. App. P. 24(a)(3). Judgment has not yet been entered in this matter; it is simply too early for Jackson to seek to appeal the findings and decisions of this Court. *See* 28 U.S.C. §§ 1291-1292. Jackson may (if necessary) seek appeal at the appropriate time, but no sooner. Any future request by Jackson for IFP status in pursuit of a premature appeal will be found to be not taken in good faith under Rule 24(a)(3).

2

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of defendant Ronald Jermaine Jackson [ECF No. 215] is DENIED AS MOOT.

Dated: July 10, 2020   s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge